UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY PARKER and DIEGO & DANTE, LLC, d/b/a Chula Vista Brewery,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-1017 TWR (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>(ECF No. 47) |

　　　　Presently before the Court is the Joint Motion to Dismiss Plaintiff G & G Closed Circuit Events, LLC's Complaint Against Defendants Timothy Parker and Diego & Dante, LLC, d/b/a Chula Vista Brewery ("Joint Mot.," ECF No. 47), in which the Parties have stipulated to dismissal with prejudice of Plaintiff's claims against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1). (*See* Joint Mot. at 1–2.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated among the Parties, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint, with each Party to bear its own attorneys' fees and costs.  Because all other claims have already been dismissed, (*see* ECF

/ / /

/ / /

1 | Nos. 21 (counterclaim), 39 (third-party complaint)), the Clerk of Court **SHALL CLOSE**
2 | the file.
3 |     **IT IS SO ORDERED.**
4 | Dated:  April 3, 2023
5 |                                                 _____
6 |                                                 Honorable Todd W. Robinson
                                                United States District Judge